

# THE STATE OF TEXAS
## MANDATE

TO THE 8TH DISTRICT COURT OF FRANKLIN COUNTY, GREETINGS:

Before the Court of Appeals for the Sixth Court of Appeals District of Texas, on the 26th day of April, A.D. 2016, the cause upon appeal to revise or reverse your Judgment was determined; and therein our said Court made its order in these words:

Kerry Noble, Appellant

v.

The State of Texas, Appellee

No. 06-16-00073-CR

Trial Court No. F-9031

As stated in the Court's opinion of this date, we find that the motion of the appellant to dismiss the appeal should be granted. Therefore, we dismiss the appeal.

We note that the appellant, Kerry Noble, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

WHEREFORE, WE COMMAND YOU to observe the order of our said Court in this behalf, and in all things to have it duly recognized, obeyed, and executed.

WITNESS, the Hon. Josh R. Morriss, III, Chief Justice of our said Court of Appeals, with the seal thereof annexed, at the City of Texarkana, this the 27th day of June, A.D. 2016.

DEBRA K. AUTREY, Clerk

*Debbie Autrey*